**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **SUMMER JONES SIBLEY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | No. 2:18-cv-00027 |
| | ) | |
| **SOCIAL SECURITY** | ) | |
| **ADMINISTRATION,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

Magistrate Judge Holmes has entered a Report and Recommendation ("R&R") (Doc. No. 19) in which she recommends that Summer Sibley's Motion for Judgment on the Administrative Record (Doc. No. 16) be denied. Sibley has filed no objections to the R&R. Having reviewed the matter *de novo* in accordance with F. R. Civ. P. 72(b), the Court agrees with the recommendation because substantial evidence supports the Social Security Administration's denial of benefits.

Accordingly, (1) The R&R (Doc. No. 19) is **ACCEPTED** and **APPROVED**; (2) Sibley's Motion for Judgment on the Administrative Record (Doc. No. 16) is **DENIED**; and (4) the Social Security Administration's denial of benefits is **AFFIRMED**.

The Clerk of the Court shall enter a final judgment in accordance with Rule 58 of the Federal Rules of Civil Procedure.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE